*C. Dill* for petitioner. *Messrs. John W. Davis, William C. Cannon, Clinton W. Howard,* and *Harold W. Bissett* for respondent.

No. 934. DUKE POWER CO. ET AL. *v.* GREENWOOD COUNTY ET AL. May 18, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Messrs. W. S. O'B. Robinson, Newton D. Baker, Raymond T. Jackson, W. R. Perkins, H. J. Haynsworth,* and *J. H. Marion* for petitioners. Mr. *D. W. Robinson, Jr.,* and *Solicitor General Reed* for respondents.

No. 988. TENNESSEE PUBLISHING CO. *v.* AMERICAN NATIONAL BANK ET AL. May 18, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Messrs. A. H. Roberts,* and *A. H. Roberts, Jr.,* for petitioner. *Messrs. William Waller, Cecil Sims, Charles C. Trabue,* and *Thomas H. Malone, Jr.,* for respondents.

No. 923. CATE ET AL. *v.* BEASLEY ET AL. May 25, 1936. Petition for writ of certiorari to the Supreme Court of Oklahoma granted. *Mr. Richard W. Stoutz* for petitioners. *Messrs. James A. Veasey* and *L. G. Owen* for respondents.

No. 928. JOSE RIVERA SOLER & CO., INC. *v.* UNITED STATES FIREMEN'S INSURANCE CO. May 25, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Mr. Francis H.*

652

*Dexter* for petitioner. *Messrs. Henri Brown* and *Carroll G. Walter* for respondent.

No. 948. ·United States *v.* Wood. May 25, 1936. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia granted. *Solicitor General Reed* for petitioner. *Messrs. Robert I. Miller, Wm. E. Leahy,* and *Wm. J. Hughes, Jr.,* for respondent.

No. 949. Smith *v.* Hall et al.; and

No. 950. Same *v.* James Manufacturing Co. et al. May 25, 1936. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Albert L. Ely, Charles Neave,* and ·*Dean S. Edmonds* for petitioner. *Mr. Arthur E. Paige* for respondents in No. 949. *Messrs. H. A. Toulmin* and *H. A. Toulmin, Jr.,* for respondents in No. ·950.

No. 1003. Wainer et al. *v.* United States. June 1, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted, limited to the question whether the statute upon which the second count of the indictment is based was repealed and has not been reënacted. *Mr. Harry C. Heyl* for petitioners. *Solicitor General Reed, Assistant Attorney General McMahon,* and *Mr. Mahlon D. Kiefer* for the United States.

No. 953. British-American Oil Producing Co. *v.* Board of Equalization et al. June 1, 1936. Petition for writ of certiorari to the Supreme Court of Montana